ROBERT E. BORTON (State Bar No. 53191)
RACHEL M. JONES (State Bar No. 218642)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:   (415) 772-6000
Facsimile:   (415) 772-6268
E-mail:      robert.borton@hellerehrman.com
             rachel.jones@hellerehrman.com
Attorneys for Plaintiff
RAYSHAUN DEVON SINCLAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYSHAUN DEVON SINCLAIR,<br><br>                    Plaintiff,<br><br>v.<br><br>C/O T.W. BUSH,<br><br>                    Defendant. | Case No. C 03-4331 WHA (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR THE DEPOSITION OF WITNESSES CONFINED IN PRISON**<br><br>Trial Date: December 5, 2005<br>Time:  7:30 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: The Honorable William Alsup |

Pursuant to Rule 30(a)(2) of the Rules of Civil Procedure and Northern District of California Local Rule 7-12, plaintiff Rayshaun Sinclair and Defendant T.W. Bush, by and through their respective counsel, stipulate as follows:

WHEREAS, the individuals listed below were incarcerated at Soledad Correctional Training Facility on January 17, 2003 and may have witnessed the events giving rise to this action;

WHEREAS, they are still confined in prison by the California Department of Corrections, whether at Soledad or another facility;

WHEREFORE, The parties stipulate that plaintiff Rayshaun Devon Sinclair, by his attorney, may take depositions upon oral examination of the following witnesses confined in prison by the California Department of Corrections:

| Name | Inmate # | Location |
|---|---|---|
| Rasheen Arterberry | T-38838 | Soledad Correctional Facility |
| Ramone Harvey | T-40546 | Avenal State Prison |
| James Kelly | J-56042 | Mule Creek State Prison |
| Mr. Soaries | T-31739 | Soledad Correctional Facility |
| Mr. Rodriguez | T-50934 | Salinas Valley State Prison |
| Mr. Chan | T-37491 | Soledad Correctional Facility |
| Darwin Shelton | E-36721 | Soledad Correctional Facility |
| Spencer Grayer | T-43462 | Soledad Correctional Facility |

The parties further stipulate that the Court may enter its Order authorizing and directing the completion of such depositions at such times and in such manner as the parties shall determine by agreement between them.

DATED: June 21, 2005

Respectfully submitted,

HELLER EHRMAN LLP

By _____
ROBERT E. BORTON
RACHEL M. JONES

Attorneys for Plaintiff
RAYSHAUN DEVON SINCLAIR

OFFICE OF THE ATTORNEY GENERAL

By _____
JENNIFER PERKELL

Attorneys for Defendant
T.W. BUSH

1  WHEREFORE, The parties stipulate that plaintiff Rayshaun Devon Sinclair, by his
2  attorney, may take depositions upon oral examination of the following witnesses confined
3  in prison by the California Department of Corrections:

| Name | Inmate # | Location |
|---|---|---|
| Rasheen Arterberry | T-38838 | Soledad Correctional Facility |
| Ramone Harvey | T-40546 | Avenal State Prison |
| James Kelly | J-56042 | Mule Creek State Prison |
| Mr. Soaries | T-31739 | Soledad Correctional Facility |
| Mr. Rodriguez | T-50934 | Salinas Valley State Prison |
| Mr. Chan | T-37491 | Soledad Correctional Facility |
| Darwin Shelton | E-36721 | Soledad Correctional Facility |
| Spencer Grayer | T-43462 | Soledad Correctional Facility |

The parties further stipulate that the Court may enter its Order authorizing and directing the completion of such depositions at such times and in such manner as the parties shall determine by agreement between them.

DATED: June 21, 2005

Respectfully submitted,

HELLER EHRMAN LLP

By _____
ROBERT E. BORTON
RACHEL M. JONES

Attorneys for Plaintiff
RAYSHAUN DEVON SINCLAIR

OFFICE OF THE ATTORNEY GENERAL

By _____
JENNIFER PERKELL

Attorneys for Defendant
T.W. BUSH

2
STIPULATION AND [PROPOSED] ORDER FOR THE DEPOSITION OF WITNESSES IN PRISON
C 03-4331 WHA (PR)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 23, 2005



The Honorable William Alsup
United States District Judge

SF 1161264 v1
6/21/05 8:32 PM (95903.0001)

3
STIPULATION AND [PROPOSED] ORDER FOR THE DEPOSITION OF WITNESSES IN PRISON
C 03-4331 WHA (PR)