ROBERT E. BORTON (State Bar No. 53191)
RACHEL M. JONES (State Bar No. 218642)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
E-mail: robert.borton@hellerehrman.com
        rachel.jones@hellerehrman.com
Attorneys for Plaintiff
RAYSHAUN DEVON SINCLAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYSHAUN DEVON SINCLAIR,<br><br>Plaintiff,<br><br>v.<br><br>C/O T.W. BUSH,<br><br>Defendant. | Case No. C 03-4331 WHA<br><br>STIPULATION AND [PROPOSED] ORDER RE EXPERT AND NON-EXPERT DISCOVERY<br><br>Trial Date: December 5, 2005<br>Time: 7:30 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: The Honorable William Alsup |

Pursuant to Northern District of California Civil Local Rule 7-12 and paragraph 11 of the Case Management Order and Reference to Magistrate Judge for Mediation/Settlement dated January 31, 2005, plaintiff Rayshaun Sinclair and Defendant T.W. Bush, by and through their respective counsel, stipulate as follows:

WHEREAS, the Case Management Order in this action ordered that the non-expert discovery cut-off date is July 29, 2005; the last date for designation of expert testimony and disclosure of opening expert reports is July 29, 2005; the last date for disclosure of reply reports is August 5, 2005; and the cutoff for all expert discovery is August 19, 2005;

WHEREAS, defendant has requested additional time to complete fact discovery and disclosure of expert reports, and plaintiff does not object to this request on the condition that this change in schedule does not result in additional costs to plaintiff as a result of his deposition and any physical examination requiring multiple trips to the Bay Area;

WHEREAS, plaintiff has not yet deposed the following individuals named in defendant's initial disclosures: Associate Warden W.A. Cohen; Lieutenant B. Jordan; Sergeant L.J. Kulwicki; the MTA who completed the 7219 dated 1/17/03 (name currently unknown); Officer Jacobsma; and Lieutenant Wingo, and defendant does not presently know whether any of these individuals will be a witness at trial;

WHEREFORE, the parties stipulate as follows:

1. The non-expert discovery cut-off date shall be August 5, 2005.

2. The last date for designation of expert testimony and disclosure of opening expert reports shall be August 12, 2005.

3. The last date for disclosure of reply reports is August 29, 2005.

4. The cutoff for all expert discovery is September 12, 2005.

5. Pursuant to stipulation between the parties, defendant has noticed plaintiff's physical examination for August 4, 2005 at 10:00 a.m. Plaintiff stipulates to a physical examination of plaintiff's hand. However, plaintiff does not stipulate to any mental examination.

6. In the event that defendant decides to bring Associate Warden W.A. Cohen; Lieutenant B. Jordan; Sergeant L.J. Kulwicki; the MTA who completed the 7219 dated 1/17/03 (name currently unknown); Officer Jacobsma; or Lieutenant Wingo as a witness at trial, defendant will promptly notify plaintiff of that decision and will consent to plaintiff taking a pre-trial deposition of any such witness.

Aside from the changes set forth above, all other provisions of the Case Management Order in this action still apply, including those provisions relating to the contents of expert reports and testimony.

Nothing in this stipulation shall be used by any party as grounds for seeking an extension of time to file dispositive motions or for a continuance of the pretrial conference or trial date.

DATED: July 29, 2005

Respectfully submitted,

HELLER EHRMAN LLP

By _____
ROBERT E. BORTON
RACHEL M. JONES

Attorneys for Plaintiff
RAYSHAUN DEVON SINCLAIR

OFFICE OF THE ATTORNEY GENERAL

By _____
JENNIFER PERKELL

Attorneys for Defendant
T.W. BUSH

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 1, 2005

_____
The Honorable William Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California*