IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYSHAUN D. SINCLAIR,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>T.W. BUSH,<br><br>　　　　　　　　　　　Defendant. | CASE NO. C 03-4331 WHA (JL)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE AND FOR ORDER THAT DEFENDANT BUSH NOT BE REQUIRED TO ATTEND SETTLEMENT CONFERENCE** |

　　　Counsel for Defendant Bush filed a request for continuance of the settlement conference, and for an order that Defendant Bush not be required to attend the settlement conference. This court has read and considered the requests and the attached declaration of counsel, and finds good cause to grant both requests. Accordingly, the settlement conference is continued to November 4, 2005 ~~September 30, 2005~~ at 10:00 a.m., and Defendant Bush is not required to attend the settlement conference.

　　　IT IS SO ORDERED.

　　　Dated: August 22, 2005

　　　　　　　　　　　_____
　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　Judge James Larson

IT IS SO ORDERED.

[Prop'd] Order Granting Req. for Cont./for Order
Case No. C 03-4331 WHA (PR)

1