ROBERT E. BORTON (State Bar No. 53191)
RACHEL M. JONES (State Bar No. 218642)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
E-mail: robert.borton@hellerehrman.com
rachel.jones@hellerehrman.com
Attorneys for Plaintiff
RAYSHAUN DEVON SINCLAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYSHAUN DEVON SINCLAIR,<br><br>Plaintiff,<br><br>v.<br><br>C/O T.W. BUSH,<br><br>Defendant. | Case No. C 03-4331 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE DEADLINE TO SERVE<br>MOTIONS IN LIMINE<br><br>Trial Date: December 5, 2005<br>Time: 7:30 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: The Honorable William Alsup |

Pursuant to Northern District of California Civil Local Rule 7-12 and paragraph 11 of the Case Management Order and Reference to Magistrate Judge for Mediation/Settlement dated January 31, 2005, plaintiff Rayshaun Sinclair and Defendant T.W. Bush, by and through their respective counsel, stipulate as follows:

WHEREAS, paragraph 1(f) of the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup requires that motions in limine be served, but not filed, at least twenty calendar days before the final pretrial conference;

WHEREAS, in this action, the pretrial conference is set for November 21, 2005, and November 1, 2005, is twenty calendar days before the conference;

1  WHEREAS, the settlement conference in this action was continued, due to the
2  calendar of the magistrate judge, to November 4, 2005, with the settlement conference
3  statement due on October 28, 2005, the week before motions in limine are due;

4  WHEREAS, Rachel Jones, who is the attorney for plaintiff who is responsible for the
5  majority of plaintiff's pretrial filings, including motions in limine, has been, and will
6  continue to be, out of the office for several days because of the illness and imminent death
7  of a family member, and thus requires additional time to prepare plaintiff's motions in
8  limine;

9  WHEREAS, defendant does not oppose this request for additional time;

10  WHEREFORE, the parties stipulate to a two-day adjustment of the time for serving
11  motions in limine as follows:

12  Motions in limine shall be served, but not filed, no later than November 3, 2005,
13  which is at least eighteen calendar days before the final pretrial conference.

14  In the event that the Court approves this stipulation, that Court order shall not be
15  used by any party as grounds for seeking a continuance of the pretrial conference or trial
16  date.

17  DATED: October 25, 2005          Respectfully submitted,

HELLER EHRMAN LLP

By _____
ROBERT E. BORTON
RACHEL M. JONES

Attorneys for Plaintiff
RAYSHAUN DEVON SINCLAIR

OFFICE OF THE ATTORNEY GENERAL

By _____ 10/26/05
JENNIFER PERKELL

Attorneys for Defendant
T.W. BUSH

2
STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO SERVE MOTIONS IN LIMINE
C 03-4331 WHA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 26, 2005

_____
The Honorable William Alsup
United States District Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*