UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAUN SINCLAIR,<br><br>    Plaintiff,<br><br>  v.<br><br>T.W. BUSH, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 03-4331 WHA (JL)<br><br>CONTINUANCE OF SETTLEMENT CONFERENCE AND ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that due to a change in the Judges' calendar the settlement conference currently set on the calendar for Friday, November 4, 2005 at 10:00 a.m., has been continued to **Monday, November 7, 2005 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

DATED: November 4, 2005

_____
JAMES LARSON
United States Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE     1