1  ROBERT E. BORTON (State Bar No. 53191)
   RACHEL M. JONES (State Bar No. 218642)
2  ANDREA L. BROWN (State Bar. No. 237629)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA 94104-2878
4  Telephone:(415) 772-6000
   Facsimile: (415) 772-6268
5  E-mail:   robert.borton@hellerehrman.com
             rachel.jones@hellerehrman.com
6            andrea.brown@hellerehrman.com

7  Attorneys for Plaintiff
   RAYSHAUN DEVON SINCLAIR
8

9  BILL LOCKYER
   Attorney General of the State of California
10 JENNIFER G. PERKELL (State Bar No. 203205)
   Deputy Attorney General
11 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
12 Telephone: (415) 703-5726
   Facsimile: (703) 5843
13
   Attorneys for Defendant
14 T.W. BUSH

15                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
16                     SAN FRANCISCO DIVISION
17

18 | RAYSHAUN DEVON SINCLAIR, | Case No. C 03-4331 WHA (JL) |
   |---|---|
19 |                           |                              |
   |            Plaintiff,     | **STIPULATION AND [PROPOSED]** |
20 |                           | **ORDER FOR DISMISSAL**        |
21 |    v.                     |                              |
22 | C/O T.W. BUSH,            |                              |
23 |                           |                              |
   |            Defendant.     |                              |
24

25     WHEREAS Plaintiff Rayshaun Sinclair and Defendant Thomas W. Bush have

26 entered into a Settlement and Mutual Release Agreement, filed on November 28, 2005;

27     WHEREAS the conditions of the Settlement and Mutual Release Agreement have

28 been satisfied by both parties;

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
CASE NO. C 03-4331 WHA (JL)                              0

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above-captioned action should be dismissed with prejudice
3  pursuant to FRCP 41(a)(1).

DATED: December 9, 2005            Respectfully submitted,

HELLER EHRMAN LLP

By _____
　　ROBERT E. BORTON
　　RACHEL M. JONES

　　Attorneys for Plaintiff
　　RAYSHAUN DEVON SINCLAIR


OFFICE OF THE ATTORNEY GENERAL


By _____
　　JENNIFER PERKELL

　　Attorneys for Defendant
　　T.W. BUSH


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 15, 2005

_____
The Honorable William Alsup
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
CASE NO. C 03-4331 WHA (JL)                 0